IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**THELMA WILLIAMS, JR.,**
**ADC #93197**                                                                                    **PLAINTIFF**

V.                           No. 5:07CV00299 SWW-BD

**SHEILA HILL, et al.**                                                                   **DEFENDANTS**

### ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections.[1] After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Defendants' Motion for Summary Judgment (docket entry #120) is GRANTED. Plaintiff's claims are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 9th day of June 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] By Orders dated May 14, 2009 [doc.#141] and May 22, 2009 [doc.#145], the Court denied motions of plaintiff Thelma Williams, Jr. for an order directing that certain Arkansas Department of Correction employees return legal materials that plaintiff claims were unlawfully taken from him. Plaintiff claimed he needed these materials to file objections to the Magistrate Judge's Recommended Disposition, but the Court determined that he did not sufficiently indicate how his ability to respond had been adversely impacted and the Court reviewed the Magistrate Judge's Recommended Disposition and determined that plaintiff was not precluded from filing appropriate objections. The Court noted as well that plaintiff's allegations concerning his legal materials being unlawfully taken from him are the subject of a pending lawsuit, *Williams v. Manus, et al.*, No. 5:09cv00144 SWW/BD, and his claims of unlawful taking may be addressed in that proceeding.